1  NICHOLAS TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  BRIAN WHANG
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  PHONE: (702) 388-6336
   brian.whang@usdoj.gov
6
   Attorneys for the United States of America
7

             UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA
                        -oOo-

UNITED STATES OF AMERICA,

                Plaintiff,            CRIMINAL INDICTMENT

       vs.                            Case No.: 2:19-cr-253

CEDRIC LEE,                           VIOLATIONS:
(Aka SEDRIC LEE),
                                      18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Felon in
                Defendant.            Possession of a Firearm.

THE GRAND JURY CHARGES THAT:

                        COUNT ONE
                Felon in Possession of a Firearm

   On or about August 14, 2019 in the State and Federal District of Nevada,

                            CEDRIC LEE,

the defendant herein, knowing he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, to wit: Battery Constituting Domestic Violence, on

or about May 20, 2016, in the Eighth Judicial District Court in Clark County, Nevada, in Case

1

No. C313462-1; and Carrying Concealed Weapon Upon His Person, on or about December 14, 2007, in the Eighth Judicial District Court in Clark County, Nevada, in Case No. 07C233245, did knowingly possess a firearm, to wit: Hi-Point CF380, .380 caliber pistol, bearing serial number P836555, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: This 2nd day of October, 2019.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

NICHOLAS TRUTANICH
United States Attorney

BRIAN WHANG
Assistant United States Attorney