# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-253 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR CEDRIC LEE, (ID#) 01520180 |
| vs. | |
| CEDRIC LEE, Aka SEDRIC LEE, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **CEDRIC LEE,** before the United States District Court at Las Vegas, Nevada, on or about I/A&A/P Thurs 10/10/19 2:30 p.m., NJK, 3C, for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: October 2, 2019

_____
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | NICHOLAS A. TRUTANICH<br>United States Attorney |
| 2 | District of Nevada<br>Nevada Bar Number 13644 |
| 3 | BRIAN WHANG<br>Assistant United States Attorney |
| 4 | Nevada State Bar Number 12940<br>501 Las Vegas Boulevard South |
| 5 | Suite 1100<br>Las Vegas, Nevada 89101 |
| 6 | 702-388-6336 |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) Case No.: 2:19-cr-253 |
| 11 | Plaintiff, | ) PETITION FOR WRIT OF HABEAS<br>) CORPUS AD PROSEQUENDUM FOR |
| 12 | vs. | ) CEDRIC LEE,<br>) (ID#) 01520180 |
| 13 | CEDRIC LEE, | ) |
|  | Aka SEDRIC LEE, | ) |
| 14 |  | ) |
|  | Defendant. | ) |
| 15 |  | ) |

The petition of the United States Attorney for the District of Nevada respectfully shows that **CEDRIC LEE,** is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **CEDRIC LEE,** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **CEDRIC LEE,** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _____ I/A&A/P Thurs 10/10/19 _____, for arraignment and from time
2:30 p.m., NJK, 3C
to time and day to day thereafter until excused by the said Court.

That the presence of the said **CEDRIC LEE,** before the United States District Court on or about _____ I/A&A/P Thurs 10/10/19 _____, for arraignment and from time to time
2:30 p.m., NJK, 3C

and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **CEDRIC LEE**, before the United States District Court on or about _____ I/A&A/P Thurs 10/10/19 2:30 p.m., NJK, 3C _____, for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 2nd day of October, 2019

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

BRIAN WHANG
Assistant United States Attorney

2