CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
brian.whang@usdoj.gov

*Representing the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CEDRIC LEE,<br><br>　　　　Defendant. | Case No. 2:19-cr-00253-RFB-EJY<br><br>**MOTION AND ORDER TO DISMISS PETITION AND TERMINATE SUPERVISED RELEASE** |

The United States of America by Christopher Chiou, Acting United States Attorney for the District of Nevada, and Brian Whang, Assistant United States Attorney, requests that the Court enter an order allowing the Government to dismiss without prejudice the Petition for Warrant for Offender Under Supervision, filed on May 28, 2021, against CEDRIC LEE. The Government further requests that CEDRIC LEE's term of supervised release be terminated.

/ / /

/ / /

/ / /

/ / /

1

DATED this 9th day of September 2021.

        Respectfully submitted,

        CHRISTOPHER CHIOU
        Acting United States Attorney


        */s/ Brian Whang*
        BRIAN WHANG
        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>CEDRIC LEE,<br><br>          Defendant. | Case No. 2:19-cr-00253-RFB-EJY<br><br>**ORDER OF DISMISSAL OF PETITION AND TERMINATION OF SUPERVISED RELEASE** |

Based on the pending motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Petition for Warrant for Offender Under Supervised Release filed on May 28, 2021 is hereby dismissed without prejudice. It is further order that defendant CEDRIC LEE's term of supervised release is terminated.

DATED this __9th__ day of __September__ 2021.

_____
HON. RICHARD BOULWARE, II
UNITED STATES DISTRICT JUDGE